# Exhibit A



Sending:
bc1qk4g890rjwl0zzm9q0g605tqvvnf6kzr8tdq5xn
0.0001 BTC
bc1q92a0r6wwjtnq9re9aythvf2j73x39vs0gdljne
0.00025831 BTC
bc1qk4g890rjwl0zzm9q0g605tqvvnf6kzr8tdq5xn
0.15723561 BTC
Receiving:
bc1qzg0574ctl2jwrysengvvp4mqm6qyc7vruqvcr8
0.157403 BTC
TX Hash:
eb162100690b1e0d47268dbcf3c6f76db03a4f6980abe6414285fe5ec66d0d3b
Date / Time UTC:10/07/2024 23:01

Sending:
bc1qkf4qaqyy9lfjr70ndce2kqg4xg3zz72jnrqf4a
0.15553369 BTC
Receiving:
bc1qeujwhd4jg4v0444cxmwr0j0h28fktpmx3336t5
0.15650522 BTC
TX Hash:
b25c8665ade44eae37f06922da03480fd66cd6432a21557e2e14c76dc46c0960
Date / Time UTC:10/14/2024 14:26

bc1qk4g890r...

$9.84K

bc1qzg0574c...

$9.57K

bc1q0zswkcw...

$9.45K

bc1qkf4qaqy...

$10.2K

bc1qeujwhd4...

$93.0

$48.0K

Binance.us
Exchange

bc1qk4g8, 11 addresses in cluster

bc1qk4g890rjwl0zzm9q0g605tqvvnf6kzr8tdq5xn

Sending:
bc1qvzr3q0uxjjkrlugqqykgzrfrw0lncshgsds4kjsqlcdjk3
a37x9q90u5tk
Receiving:
bc1qk4g890rjwl0zzm9q0g605tqvvnf6kzr8tdq5xn
0.00149049 BTC
TX Hash:
549e6025007487045a834b54f3126c5ee735a8d3c025803357b571a069ac4f11
Date / Time UTC:10/07/2024 08:44

Sending Kraken:
bc1q3stk3fddyqyn48nsr3yy5fude5af0gr7h7ekxlej9k0zwpxe2n4q6e6uzs
Receiving:
bc1qk4g890rjwl0zzm9q0g605tqvvnf6kzr8tdq5xn
0.15723561 BTC
TX Hash:
bd54fae1b2a39ab1ba1e754806dfd86d1831877007cb0baf773af7c556ad4fa4
Date / Time UTC:10/07/2024 22:50

Sending:
bc1qzg0574ctl2jwrysengvvp4mqm6qyc7vruqvcr8
0.157403 btc
bc1q0zswkcw3nf05x55w4vu94k2dek5uzeyvel652a
0.15688225 BTC
TX Hash:
e9cd65751a15b2d5e25cfc1f14a2700290a938ff354604374c23ce66d8a61d1a
Date / Time UTC:10/09/2024 20:56

Sending:
bc1q0zswkcw3nf05x55w4vu94k2dek5uzeyvel652a
0.15688225 BTC
Receiving:
bc1qkf4qaqyy9lfjr70ndce2kqg4xg3zz72jnrqf4a
0.15653369 BTC
TX Hash:
c870be2ab367c01b626db4b4f8a89357efc38b55b0c36bfcae29c0c779069c9c
Date / Time UTC:10/09/2024 21:46

Sending:
bc1qeujwhd4jg4v0444cxmwr0j0h28fktpmx3336t5
0.15650522 BTC
Binance.us receiving:
1FcGG22A9awagBbP5s3CGvS1C2DRYTQhLy
0.15646002 BTC
TX Hash:
ee4b241d4c07142b1c7eda5e47fb5657d554aeb323d89df0102f134e54dd8122
Date / Time UTC:10/14/2024 14:46